No. 304.   PFLEUGER *v.* UNITED STATES ET AL.   October 13, 1941.   Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied.   MR. JUSTICE

MURPHY took no part in the consideration and decision of this application. *Messrs. Reuben D. Silliman, Sherwood E. Silliman,* and *William R. Rodenberg* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Harry Leroy Jones* for respondents.